# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| DAVID MCDOUGAL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>　　　　　　　Defendant. | Case No: 4:21-cv-00151-WMR |

## NOTICE OF SETTLEMENT

NOW COME the Parties to the present dispute and hereby inform the Court that they have reached a settlement agreement under which all claims pending in this matter will be fully resolved. Upon completion of the settlement transactions in the coming days the Parties will file a Stipulation of Dismissal seeking removal of this matter from the Court's docket.

This 27th day of May, 2022.

(*Signatures on following page*)

Respectfully submitted,

| | |
|---|---|
| */s/ John A. Moss*_____ | */s/ Joseph P. Sirbak, II*_____ |
| John A. Moss, Esq. | Joseph P. Sirbak, II |
| Steel & Moss, LLP | (admitted *pro hac vice*) |
| 3495 Piedmont Road, NE | COZEN O'CONNOR |
| Building 11, Suite 905 | 1650 Market Street, Suite 2800 |
| Atlanta, GA  30305 | Philadelphia, PA  19103 |
| (404) 264-0161 | (215) 665-4634 |
| jmoss@steel-moss.com | jsirbak@cozen.com |
| | |
| *Counsel for Plaintiff* | */s/ Hilary H. Adams*_____ |
| *David McDougal* | Daryl G. Clarida |
| | Hilary H. Adams |
| | Hall, Bloch, Garland & Meyer, LLP |
| | Suite 500 |
| | 900 Circle 75 Parkway |
| | Atlanta, GA  30339 |
| | (678) 888-0036 |
| | DarylClarida@hbgm.com |
| | hilaryadams@hbgm.com |
| | |
| | *Counsel for Defendant, Norfolk Southern Railway Company* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, a true and correct copy of the foregoing **Notice of Settlement** was filed electronically with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record participating in the CM/ECF system for this civil action:

>John A. Moss, Esq.
>STEEL & MOSS, LLP
>15 Piedmont Center, Suite 1560
>3575 Piedmont Road, N.E.
>Atlanta, Georgia 30305

This 27th day of May, 2022.

>*/s/ Hilary Houston Adams*
>Hilary Houston Adams